# United States District Court
## for the 7th Circuit
### Central District of Illinois Peoria Division

Cordell Avant
Petitioner
vs.

Rob Jefferies
Respondent

Danielle Coryle
Respondent

Craig Findley
Respondent

Case No. 23-1100

Emergency Petitioner For A Writ of Habeas Corpus under 28 USC 2254
Injunctive relief, temporary restraining order

**Personal Information:**

1. (a) Cordell Avant

2. Place of Confinement
   (a) U.S.P McCreary
   (b) PO Box 3000
       Pine Knot, KY 42635
   (c) Reg # 13782-026

3. I am being held by orders of State Authorities and Federal Authorities

4. Serving a Sentence after having been Convicted of a Crime.
   (a) McLean County
       104 W Front
       Bloomington, IL 61701
   (b) Case # 2009 CF 514
   (c) Date of Sentencing: 9-29-2020

   United States District Court for the 7th Circuit Central District of Illinois Peoria Division
   100 N.E Monroe
   Peoria, IL 61602

### Decision or Action You Are Challenging

5). How my Sentence is being Carried out.

6). Provide more information about the decision or action you are challenging
   (a) Illinois Department of Corrections 1301 Concordia Court, Springfield, IL, 62704
   (b) 2009 CF 514, Case #
   (c) I am challenging Illinois Parole review board Policy to release me to a federal detainer by way of Paroled in to the Bureau of Prison's and then gave the BOP a denial Email of my release in to pre-release custody

forcing me to be continuously incarcerated by IDOC via federal prison. IDOC Told BOP staff that the do not agree to release me, forcing me to do my MSR Time in federal Prison without a detainer a MSR violations In violation of my 5th, 8th, and 14th Amendment of the U.S.C.A

<u>Your earlier challenges of the DECISION or ACTION</u>

7. I do not have the resources to challenge the Decision's I have had BOP to Contact my Parole Officer MS. Danielle Coryle and her Commander, who both said that they can't sign off on my pre-release from B.O.P under the Second Chance Act of 2007. I Am in federal custody no State remedies.

Grounds for your challenge in this petition

8. <u>Ground one:</u> In violation of my 5th Amendment right of the U.S.C.A The State of Illinois and it's Actor's Release me on Parole, gave me a Parole Officer and Release me to my federal Detainer, IDOC never informed BOP that I had finish my State Sentence in it's entirety and only had M.S.R To do, which is a Sentence that the legistlative government impose 735 ILCS 5/2-615

(a) Supporting facts: on 3-17-2022 I was release from IDOC from a 15 year Sentence and 3 years M.S.R. On 7-29-2022 I was Submitted for pre-rele release custody here in federal prison. I made it pass a few signatures But I was stopped at records saying that I needed Illinois to say it is alright to go to the federal halfway house while on State Parole. In all actuality If I wasn't picked up on my detainers I would have went to and halfway house in Decatur, Illinois. Upon Contacting IDOC parole They denied to sign off which is a clear infringement on my liberty, For Illinois to continue to have restraint on my continuance incarceration is a due process violation. I haven't failed at the requirements of my M.S.R. I was eligible for 18 USC 3624(c)(1) on 11-29-2022 now today is 3-3-2023 This is Double Jeopardy Punishment.

<u>Ground Two:</u> In violation of the 8th Amendment of U.S.C.A. IDoc came with a Policy/Rule that's prevents me from participating in BOP Programs, Such as earlier release into the Community. IDoc "Ex post facto" policy and Punishment. Plaintiff finish his State Sentence and Started Parole doing his Continued imprisonment. For IDOC to Continue to imprison him in contrast to his Concluded state Sentence is called "Collateral Consequence", A clear show of unlawful Restraint of Personal liberty. To hold me in custody without due process of law is Cruel and unusual Punishment. I

(9). I had my parole officer/Agent MS. Danielle Coryle Call the BoP, She talk To MR. Schrek here at U.S.P Mccreary, She Told him that She don't agree to my release. which show double punishment. State and Federal usually have dual supervision over Inmates in Community Correction Centers or Supervise release/or parole. For her to make a rule that keeps me in prison without due process of law is a complete violation

of my constitutional rights. As of today I am on parole, Not in prison on my State of Illinois prison Conviction, I was paroled into a federal detainer. The federal Bureau of Prison's Seeked permission from IDOC and it's actor's to Release me into a half way house, But the request was denied, BY IDOC.

Ground Three: In violation of the 14th Amendment of the U.S.C.A was violated when Respondents fail to let BOP know that he is a releasee inmate and that he will have the supervision of the State if release and he needs no longer to be held base off anything that have to do with his State Sentence. The failure to agree to release me show a restraint on my liberty and double Jeopardy punishment. But to tell BOP that they dont agree to my release is a clear due process violation. I haven't violated any Parole Rule's or conditions.

(9) I was release to BOP Custody, I have not been told I have a detainer, warrant, or a parole hold. Actually, I was told the complete oppossite. I was told BY BOP actor Mr. Schrek that All Illinois have to do is Send a letter head, Email, or a letter Stating "It's okay for Cordell Avant to go to a federal half way house on State Parole." IDOC denied to do anything to release me. BOP say's that once release you are a State of Illinois Inmate So we need their ok. So, I'm still Incarcerated because my parole is a Consecutive Sentence. Double Jeopardy at it's finest.

### Request for Relief

9). I pray that this court direct IDOC and it's staff to draft a letter to BOP Officials Stating that I can be release to a federal half way. Direct IDOC to draft this letter, Email, or Letter head AS Soon as possible due to my immenient release, Injunctive relief, and Temporary Restraining order

### Declaration under penalty of perjury

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date _____                    /S/ _____

of my constitutional rights. As of today I am on parole, Not in prison on my State of Illinois prison Conviction, I was paroled into a federal detainer. The federal Bureau of Prison's Seeked permission from IDOC and it's actor's to Release me into a half way house, But the request was denied, BY IDOC.

Ground Three: In violation of the 14th Amendment of the U.S.C.A was violated when Respondents fail to let BOP know that he is a releasee inmate and that he will have the supervision of the State if release and he needs no longer to be held base off anything that have to do with his State Sentence. The failure to agree to release me show a restraint on my liberty and double Jeopardy punishment. But to tell BOP that they dont agree to my release is a clear due process violation. I haven't violated any Parole Rule's or conditions.

(9) I was release to BOP Custody, I have not been told I have a detainer, warrant, or a parole hold. Actually, I was told the complete oppossite. I was told BY BOP actor Mr. Schrek that All Illinois have to do is Send a letter head, Email, or a letter Stating "It's okay for Cordell Avant to go to a federal half way house on State Parole." IDOC denied to do anything to release me. BOP say's that once release you are a State of Illinois Inmate So we need their ok. So, I'm still Incarcerated because my parole is a Consecutive Sentence. Double Jeopardy at it's finest.

### Request for Relief

9). I pray that this court direct IDOC and it's staff to draft a letter to BOP Officials Stating that I can be release to a federal half way. Direct IDOC to draft this letter, Email, or Letter head AS Soon as possible due to my immenient release, Injunctive relief, and Temporary Restraining order

### Declaration under Penalty of Perjury

I declare under penalty of Perjury that I am the Petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date _____                         /S/ _____

# LEGAL ARGUMENTS

**GROUND ONE:** In violation of the 5th Amendment rights of U.S.C.A. "No State shall deprive any person of liberty without due process of law." The State of Illinois and it's actor's Release me on parole/MSR, gave me an parole officer and Release me to my federal detainer, IDOC never informed BOP that I had finish my State Sentence in it's entirety and only had MSR/parole to do. Which is a Sentence that the legislative impose 735 ILCS 5/2-615.

(a) On ~~3-23~~ ~~9-24-22~~ 9-29-2020 I was Sentence to 15 years IDOC with 3 years MSR. My Release date was changed to 3-17-2022 in which my MSR started and my federal Detainer begun. Upon beginning my federal 2 year Sentence I was submitted for 18 U.S.C 3624 (c)(1) (Second Chance Act) once the submission made it's Rounds to Records Office, it was said that I need permission for Illinois to say it's okay for me to be in the federal halfway house while on parole. So I gotten in contact with Miss. Coryle in which she told Mr. Schrek that she will not sign off on my release, and that I am a State of Illinois Inmate. This is a Double Jeopardy Punishment. I am entitle to be release if a detainer or MSR Revocation hasn't been lodge against me. This is a unlawful restraint of my personal liberty. IDOC and it's Actor's violated federal and State law when it Change it's policy for MSR Release of me. IDOC violated Ex Post facto clause

**Ground Two:** In violation of the 8th Amendment of U.S.C.A. IDOC came with a policy/Rule that's prevents me from participating in BOP programs, such as earlier release into the community. IDOC "Ex Post Facto" policy and punishment. Plaintiff finish his State Sentence and started parole doing his concluded State sentence is called "Collateral Consequence". A clear show of unlawful Restraint of personal liberty. To hold me in custody without due process of law is cruel and unusual punishment.

(a) To continue to imprison of and individual is a violation of Murphy v. Raoul 380 F. Supp. 3d 731. My sentence of in custody imprisonment is a 8th amendment violation. To hold me via federal custody is without penalogical justification

(b) In, Huff vs. Ryan "2012" U.S. Dist. Lexis 183814. The plaintiff had dual State and federal supervision

(c) Double Jeopardy punishment and "Ex Post facto" is causing cruel and unusual Punishment.

(4)

Ground Three – In the 14th amendment of the U.S.CA was violated when Respondents fail to let BOP know that he is a releasee inmate and that he will have the supervision of the state if Release and he needs no longer to be held base off anything that have to do with his state sentence. The failure to agree to release me show a restraint on my liberty and double Jeopardy Punishment. But to tell BoP that they don't agree to my release is a clear due process violation. I haven't violated any Parole Rule's or conditions.

(a) "Ex Post Facto" Policy/or Rules. For IDOC to wait until my Detainer for my Federal Case to start and Explain to the Federal BOP that they do not agree to release me is a violation of Due Process I haven't been told that I must see the Prison review board or anything of that nature.

(b) Double Jeopardy Punishment. To continuously imprison me after I served my pre-M.S.R. Sentence of 15 years IDOC, to release me to the BOP and tell them that I haven't finish my sentence and not to agree on my release is a clear violation. This causes disparity.

(c) Equal Protection. In wells "2021" US Dist. Lexis. 90298, Huff vs. Ryan "2012 U.S. Dist. Lexis 183814. Both of these guys had "Dual Supervision" of "Federal and State" To Prevent me from being release to "RRC/halfway house" in which similar situated Individuals has been release one of them receive Parole Approval.

(d) Rob Jefferies is the Director of IDOC, violated my 5th, 8th, and 14th Amendment Right by creating a custom, Policy, and Procedure's that his staff enforce. I assert's that Mr. Jefferies is the Director of IDOC who is the decision maker on all finality of his staffs agenda. Here, I/my denial of MSR Release came from the top which Mr. Jefferies is. Plaintiff Also contact Mr. Jefferies office the Phone rang, I also wrote Mr. Jefferies a letter stating my situation. For this state actor to, under his command to continuously detain, me indirectly because he is on parole and seeking early release from a different Jurisdiction is unjustifiable and is double Punishment for a sentence that's in custody is complete. Again Another "ExPost Facto" Punishment. I was sentence to a consecutive sentence and state sentence first then federal sentence. For me to continue my finish state sentence while in BoP custody is cruel and unusual punishment Just as well as Double Jeopardy. Also, This state actor is updated on all facts dealing with offenders and he knew or should have known Plaintiff is being subjected to continuous incarceration without a hearing.

e) Danielle Coryle violated my 5th, 8th, and 14th Amendment. She illegally denied my release. Once she didn't provide me with a letter telling BOP it's okay for my immediatent release to the halfway house is a clear liberty issue. By her imposing and "Ex Post facto" policy. By going to a detainer IDOC and it's actor's, to make a "rule" that gives the perception that I can't go to the halfway house.

f) Craig Findley violated me 5th, 8th, and 14th Amendment by way of issuing a policy, rule, or a custom in which cause disparity. Defendant aided and abrigde Plaintiff Constitutional rights in making a policy, rules, or custom in which his subordinates must follow or he approve. Plaintiff call and wrote letter's to Mr. Findley office in Springfield, Illinois, and Chicago, Illinois. Defendant ignored Plaintiff request for release, and fail to make adjustments legally to fit the needs of Plaintiff release, also he fail to make adjustments legally to fit the needs of Plaintiff Release, also he fail to direct his subordinates to find a solution to the injust that has been made. Mr. Findley play the part to use the BOP to hold Plaintiff without issuing a parole violation or any continuation of Plaintiff finish in custody sentence which is causing a double Jeopardy punishment violation. For the fact the PRB gave me a condition of MSR and it was complete anger management, and they receive a host-site of a State halfway house in Decatur, Illinois which was rescinded on 3-16-2022, because Clinical Service worker learned that the U.S Marshals was going to escort Plaintiff to BOP custody. Counselor Johnson at Dixon Correctional Center told me that I shouldn't worry about having a ride nor the halfway house and just to contact the parole office in Decatur, Illinois once release from my Detainer. Mr. Findley is the Chairman of the P.R.B who have the say so when it comes to releasing State inmate on parole. Mr. Findley violated the 8th Amendment right by not correcting his staff and mishaps. Plaintiff contacted his officer a number of time's but fail to act, which show's he knowingly or should have known that this act by his subordinates was taking place. This State actor is directly involve, It's his policy, rule, and custom's that his subordinates is following and to deny Plaintiff his meaningful right to release after sentencing shows his direct violation. It's cruel and unusual punishment to be committed to more time then allowed on a sentence. He violated the 14th Amendment by not advising Plaintiff what condition's he havent met to be release or what condition he havent met to violate his terms of MSR.

Name: Cordell Avant
Reg. No. 13782-026  Unit 3A
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

KNOXVILLE TN
13 MAR 2023

United State District Court
Clerk  RM 305
100 N.E Monroe
Peoria, IL 61602

LEGAL MAIL

61602-105360