AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| Cordell Avant,<br>*Petitioner,*<br>v.<br>Rob Jefferies, Danielle Coryle, and Craig Findley,<br>*Respondents.* | )<br>)<br>)   Civil Action No.   23-1100<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus post judgment interest at the rate of** _____ **% per annum, along with costs.**

☐ **the plaintiff recover nothing, the action be dismissed on the merits, and the defendant** *(name)* _____ **recover costs from the plaintiff** *(name)* _____ .

☒ **other:** That Petitioner Cordell Avant's Petition pursuant to Title 28 U.S.C. Section 2254 is summarily dismissed for lack of jurisdiction. The Court declines to issue a Certificate of Appealability.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   James E. Shadid

Date:   4/21/2023

CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*

/s/JES